# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL
SURCHARGE ANTITRUST LITIGATION

This document relates to:

ALL DIRECT PURCHASER CASES

**MDL Docket No. 1869**
**Misc. No. 07-489 (PLF/JMF/AK)**

## ORDER

In accordance with the accompanying memorandum opinion, the following is, hereby,

**ORDERED** Plaintiffs' Motion to Compel Production of Documents [#340][1] is

**GRANTED IN PART AND DENIED IN PART**. It is further, hereby,

**ORDERED** that BNSF produce for an *in camera* review the five AAR-related

documents to which plaintiffs object to the application of the attorney-client privilege. The

documents should be produced to chambers within five days of this Order. It is further, hereby,

**ORDERED** that UP produce for an *in camera* review the one document (PRIV-M-772)

to which plaintiffs object to the application of the attorney-client privilege based on the subject

matter ("client communication to attorney re attorney directed memorandum re telephone call

with BNSF and request for attorney advice re revisions to memorandum"). The documents

should be produced to chambers within five days of this Order. It is further, hereby,

**ORDERED** that plaintiffs' motion to compel documents prepared in connection with

---

[1] The motion to compel was filed under seal. Pursuant to the protection order in this case, plaintiffs also filed a public version of the motion. Both the sealed motion and the public version bear their own docket number. This opinion will refer to the docket number of the public filings of all documents.

STB proceedings and designated as protected by work-product privilege is **DENIED**.

Defendants will not have to produce these documents.  It is further, hereby,

ORDERED that BNSF will produce for an *in camera* review those documents related to

the STB hearings which BNSF withheld pursuant to the attorney-client privilege only, including:

BNSF_LOG0000786-787, BNSF_LOG0000788-789, BNSF_LOG0002184,

BNSF_LOG0002238, BNSF_LOG0002273-274, BNSF_LOG0010048-049,

BNSF_LOG0010071, BNSF_LOG0010455-056, BNSF_LOG0011328, BNSF_LOG0011337,

and BNSF_LOG0011338.  The documents should be produced to chambers within five days of

this Order.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE